## SPENCER v. HUNTER.

### No. 3913.

United States Court of Appeals
Tenth Circuit.

Oct. 19, 1949.

Margaret R. Bates, Denver, Colo., for appellant.

Oliver R. Wells, Washington, D. C. (Lester Luther, United States Attorney, Malcolm Miller, Assistant United States Attorney, Topeka, Kan., Reginald C. Miller, Attorney, Office of the Judge Advocate General, Washington, D. C., were with him on the brief), for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN Circuit Judges.

PER CURIAM.

The judgment is affirmed on the ground that Spencer has not exhausted the remedy available to him under 62 Stat. 639, Articles of War, art. 53, 10 U.S.C.A. § 1525, on authority of Whelchel v. McDonald, 5 Cir., 176 F.2d 260.